| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **EASTERN DISTRICT OF TEXAS** |

| | |
|---|---|
| **KAREN BEARD,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| versus § | **CIVIL ACTION NO. 1:25-CV-00229** |
| § | |
| **STATE FARM LLOYDS,** § | |
| § | |
| *Defendant.* § | |

### ACKNOWLEDGMENT OF STIPULATION OF DISMISSAL

This case was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for pretrial management. *See* 28 U.S.C. § 636(b)(1); E.D. Tex. Loc. R. CV-72. On August 19, 2025, Plaintiff Karen Beard and Defendant State Farm Lloyds filed an Amended Stipulation of Dismissal (#12) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The stipulation is signed by all parties and seeks dismissal with prejudice. *Id.* The magistrate judge therefore recommended that this court dismiss the matter with prejudice. No party objected.

Rule 41(a)(1)(A)(ii) stipulations are "'effective immediately.'" *Whittier v. Ocwen Loan Servicing, L.L.C.*, 128 F.4th 724, 727 (5th Cir. 2025). It is therefore **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** pursuant to the parties' agreement. Each party is to bear its own cost of court and attorney's fees. The clerk of court is directed to close the case and deny any pending motions as moot.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Beaumont, Texas, this 17th day of September, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE